No. 68483.—Palley Supply Co. *v.* United States, protests 63/10725 and 63/11800 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of so-called "Byobu screens," which are not in chief value

of bamboo, wood, straw, papier mache, palm leaf, or compositions of wood, and that they are manufactures of paper or of which paper is the component material of chief value, the claim of the plaintiff was sustained.